IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DEREK J. HARVEY,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-20-3068 |
| **CABLE NEWS NETWORK, INC.,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is HEREBY ORDERED this 31st Day of March, 2021 that:

1. Defendant Cable News Network, Inc. shall be awarded fees, costs, and expenses for the filing of the Motion to Dismiss (ECF No. 39) pursuant to 28 U.S.C. § 1927 and this Court's inherent authority;

2. Defendant Cable News Network, Inc. shall reference the guidelines regarding hourly rates established by Appendix B of the Local Rules of this Court and submit a brief detailing those fees, costs, and expenses incurred from March 4, 2021 to the present no later than April 7, 2021;

3. Plaintiff Harvey and his counsel may respond to the monetary amount sought for those fees, costs, and expenses incurred by the Defendant no later than April 14, 2021;

4. The Clerk of the Court shall transmit a copy of this Order to counsel of record.

_____/s/_____

Richard D. Bennett
United States District Judge